UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KEVIN ZIMMERMAN,<br><br>                    Plaintiff,<br><br>        v.<br><br>STARBUCKS CORPORATION,<br><br>                    Defendant. | Case No.  2:17-cv-01201-JCM-VCF<br><br><br>ORDER |

Presently before the court is *Zimmerman v. Starbucks Corporation*, case no. 2:17-cv-01201-JCM-VCF.  As stated in the omnibus transfer order (ECF No. 4), the district judges of the District of Nevada have ordered that each of Kevin Zimmerman's ADA cases be transferred to Chief District Judge Gloria M. Navarro and Magistrate Judge George W. Foley, Jr. for all further proceedings.

Accordingly,

IT IS HEREBY ORDERED that:

(1) The clerk of the court shall TRANSFER this case to Chief District Judge Gloria M. Navarro and Magistrate Judge George W. Foley, Jr. for all further proceedings; and

(2) All future filings in this action shall reference the same numerical portion of the original action's case number, but with the corrected district judge and magistrate judge designation.

DATED THIS 1st day of May, 2017.

JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE